UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

v.                                    Civil No. 04-cv-16-JD

21 Pinecrest Road, Litchfield, NH, et al.


O R D E R

On May 2, 2006, the Court was advised that this case had settled.  On December 1, 2006, the parties filed a Stipulated Settlement Agreement which was approved by the Court on December 2, 2006. As part of the Agreement, after certain conditions had been met, the United States would make a further request for an order substituting defendants and dismissing others.  The United States would also request a final order of forfeiture.

As of this date, no further documentation as to this Agreement has been filed.  It is herewith ordered that the parties file a status report as to the filing of these documents by Monday, September 24, 2007.

SO ORDERED.


September 14, 2007                     /s/ Joseph A. DiClerico, Jr._____
                                      Joseph A. DiClerico, Jr.
                                      United States District Judge


cc:    Robert Rabuck, Esq.
       William Christie, Esq.
       Holly Ceritto, Esq.